COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-224-CV

JEFFREY L. JOHANNES APPELLANT

V.

MELODY R. JOHANNES APPELLEE

----------

FROM THE 231
ST
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s request to withdraw his appeal.  It is the court's opinion that the request should be granted; therefore, we dismiss the appeal.  
See 
Tex. R. App
. P. 42.1(a)(1), 43.2(f).

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: June 24, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.